463 A.2d 33

Commonwealth v. Ponds, Appellant.

Petition for Allowance of Appeal Denied Oct. 6, 1983.

Argued March 2, 1983. Leslie J. Carson, Jr., for appellant; Steven J. Cooperstein, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., CAVANAUGH and WIEAND, JJ.

The order of the lower court is affirmed.

CAVANAUGH, J., filed a memorandum dissenting opinion.